**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GISELE DUPREZ,<br>Plaintiff,<br>v.<br>DOCUSIGN, INC.,<br>Defendant. | Civil Action No.: 1:26-cv-01078<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Howard M. Wexler, a partner of Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as counsel for Defendant Docusign, Inc., in the above-captioned matter.

I certify that I am admitted to practice law in this Court.

Dated: New York, New York
March 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Howard Wexler*

Howard Wexler
hwexler@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

*/s/ Howard M. Wexler*
Howard M. Wexler