

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

jdinapoli@seyfarth.com

T (212) 218-3355

www.seyfarth.com

June 22, 2026

**VIA ECF**

Hon. Margo K. Brodie
United States Chief District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Duprez v. Docusign, Inc., No. 26-cv-01078-MKB-VMS

Dear Judge Brodie:

This firm represents the defendant, Docusign, Inc. ("Docusign").  We write on behalf of both parties.

On May 29, 2026, Docusign requested a pre-motion conference in connection with its anticipated motion to compel arbitration of Plaintiff Giselle Duprez's state-law claim and stay this action pending arbitration.  ECF No. 14.  On June 8, 2026, Duprez responded.  ECF No. 16.

On June 10, 2026, the Court denied Docusign's motion for a pre-motion conference and instead directed the parties to confer and file a proposed briefing schedule.  The parties conferred and agreed upon the below schedule, which we submit for the Court's approval.

- July 10, 2026 – Docusign to serve Duprez with moving papers.
- July 31, 2026 – Duprez to serve Docusign with her opposition.
- August 14, 2026 – Docusign to serve Duprez with its reply.

In accordance with Rule 3(D) of Your Honor's Individual Practices and Rules, we will refrain from filing the motion papers until the motion has been fully briefed.  Instead, Docusign will file a letter with the Court once it serves Duprez with its motion papers, and Duprez will file a letter with the Court once she serves Docusign with her opposition.  On the day Docusign's reply is due, each party will file its own motion papers on ECF.  Docusign will then provide the Court with a full set of courtesy copies of the motion papers, and file the cover letter on ECF.

We thank the Court for its consideration.

326686975v.1



Hon. Margo K. Brodie<br>
June 22, 2026<br>
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John DiNapoli*

John DiNapoli

cc:      All Counsel of Record

326686975v.1