

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

jdinapoli@seyfarth.com

T (212) 218-3355

www.seyfarth.com

July 10, 2026

**VIA EMAIL**

Jeremiah Iadevaia
Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, NY 10006

Re:     Duprez v. Docusign, Inc., No. 26-cv-01078-MKB-VMS

Dear Jeremiah:

This firm represents the defendant, Docusign, Inc. ("Docusign").  In connection with Docusign's Motion to Compel Arbitration and For a Stay, we attach the following:

- Notice of Motion to Compel Arbitration and For a Stay;
- Memorandum of Law In Support of Motion to Compel Arbitration and For a Stay; and
- Declaration of Lien Wolfe, together with Exhibit A.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John DiNapoli*

John DiNapoli

Attachments
cc:    Hon. Margo K. Brodie (via ECF) (w/o attachments)

327087689v.1