# EXHIBIT A

**From:** Robertson, Christopher
**To:** Jeremiah Iadevaia
**Cc:** Haines, Lisa K; Tabacopoulos, Diana; James Bagley
**Subject:** RE: Gisele Duprez v. DocuSign, Inc.
**Date:** Wednesday, December 17, 2025 3:34:14 PM
**Attachments:** image001.png

---

**EXTERNAL EMAIL.**

Jeremiah:

I wanted to get back to you on the below. Without seeing the complaint, the Company is not in a position to determine whether it would seek to compel arbitration of the state law claims. We understand that this means you may simply file. If so, please provide a copy and we will assess at that time with our client whether we will move to compel arbitration or agree to remain in court. In addition, my understanding is that Ms. Duprez's leave will end on December 31, 2025. Based on the claims in the OSHA complaint alleging constructive discharge, our assumption is that Ms. Duprez does not anticipate returning to work, but wanted to confirm for DocuSign's 2026 business planning whether that is in fact the case.

Thanks.

Chris

**Christopher Robertson** | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-4989 | Fax: +1-617-790-6774
crobertson@seyfarth.com | www.seyfarth.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Jeremiah Iadevaia <jiadevaia@Vladeck.com>
**Sent:** Tuesday, December 09, 2025 7:52 PM
**To:** Robertson, Christopher <crobertson@seyfarth.com>
**Cc:** Haines, Lisa K <LHaines@seyfarth.com>; Tabacopoulos, Diana <DTabacopoulos@seyfarth.com>; James Bagley <jbagley@vladeck.com>
**Subject:** RE: Gisele Duprez v. DocuSign, Inc.

Hi Chris – Thanks for the call last week. Any update about the company's view regarding arbitration of the NY Whistleblower claims? Thanks.